UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Velez, Angelica

Case No.: 20-10594
Chapter: 7
Judge: KCF

**NOTICE OF PROPOSED ABANDONMENT**

_____Daniel E. Straffi_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: 402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable _____Kathryn C. Ferguson_____ on _____April 14, 2020_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 22 Cannonball Drive
Barnegat, NJ
FMV - +/-$ 241,000.00

Liens on property: Select Portfolio Servicing- $441,556.95

Plus 10% Estimated Costs of Sale

Amount of equity claimed as exempt: $ -0-

Objections must be served on, and requests for additional information directed to:

Name: Daniel E. Straffi, Esq.
Address: 670 Commons Way Toms River, NJ 08755
Telephone No.: 732-341-3800

*rev.8/1/15*

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                                 Case No. 20-10594-KCF
Angelica M. Velez                                                      Chapter 7
          Debtor                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                Page 1 of 2           Date Rcvd: Mar 13, 2020
                              Form ID: pdf905            Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2020.
db             +Angelica M. Velez,    22 Cannonball Drive,    Barnegat, NJ 08005-1866
518695783      +Antonio Velez,    22 Cannonball Drive,    Barnegat, NJ 08005-1866
518660255      +Commonwealth Finance Systems,    245 Main Street,    Dickson City, PA 18519-1641
518660257      +Dynamic Recovery Solutions,    135 Interstate Blvd.,    Unit 6,    Greenville, SC 29615-5720
518660259      +KML Law Group PC,    Sentry Office Plaza,    216 Haddon Avenue,    Suite 406,
                 Westmont, NJ 08108-2812
518660263      +Ocean County Sheriff's Office,    120 Hooper Avenue,    Toms River, NJ 08753-7606
518660265      +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 14 2020 00:29:11       U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 14 2020 00:29:07       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518660254      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 14 2020 00:33:49       Capital One,
                 P.O. Box 30285,    Salt Lake City, UT 84130-0285
518660256      +E-mail/PDF: creditonebknotifications@resurgent.com Mar 14 2020 00:34:37       Credit One Bank,
                 P.O. Box 98873,    Las Vegas, NV 89193-8873
518660258      +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 14 2020 00:29:27       Jefferson Capital Systems LLC,
                 P.O. Box 772813,    Chicago, IL 60677-0113
518660260      +E-mail/Text: bncnotices@becket-lee.com Mar 14 2020 00:28:11       Kohls/Capital One,
                 P.O. Box 3115,    Milwaukee, WI 53201-3115
518660261      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 14 2020 00:33:43       Merrick Bank,
                 P.O. Box 30537,    Tampa, FL 33630-3537
518660262      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 14 2020 00:29:07       Midland Credit Management,
                 P.O. Box 939050,    San Diego, CA 92193-9050
518660264       E-mail/Text: info@phoenixfinancialsvcs.com Mar 14 2020 00:27:59       Phoenix Financial Services,
                 8902 Otis Avenue,    Suite 103A,    Indianapolis, IN 46216
518660266      +E-mail/Text: jennifer.chacon@spservicing.com Mar 14 2020 00:30:13
                 Select Portfolio Servicing,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
518660267      +E-mail/Text: SOMCbankruptcy@hackensackmeridian.org Mar 14 2020 00:29:53
                 Southern Ocean Medical Center,    1140 Route 72 West,    Manahawkin, NJ 08050-2412
                                                                                               TOTAL: 11

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2020 at the address(es) listed below:
              Daniel E. Straffi    bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as trustee, in trust
               for registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed
               Certificates, Series 2006-FF18 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              George E Veitengruber, III    on behalf of Debtor Angelica M. Velez bankruptcy@veitengruberlaw.com,
               knapolitano15@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Mar 13, 2020
                              Form ID: pdf905          Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 5