**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Angelica M. Velez<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0471<br>EIN  _ _-_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _-_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20–10594–KCF | |

# Order of Discharge                                                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Angelica M. Velez

6/5/20                                                                                             **By the court:**   Kathryn C. Ferguson
                                                                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 20-10594-KCF
Angelica M. Velez                                                     Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 2            Date Rcvd: Jun 05, 2020
                                Form ID: 318             Total Noticed: 18

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2020.
db             +Angelica M. Velez,    22 Cannonball Drive,    Barnegat, NJ 08005-1866
518695783      +Antonio Velez,    22 Cannonball Drive,    Barnegat, NJ 08005-1866
518660255      +Commonwealth Finance Systems,    245 Main Street,    Dickson City, PA 18519-1641
518660257      +Dynamic Recovery Solutions,    135 Interstate Blvd.,    Unit 6,   Greenville, SC 29615-5720
518660259      +KML Law Group PC,    Sentry Office Plaza,    216 Haddon Avenue,    Suite 406,
                 Westmont, NJ 08108-2812
518660263      +Ocean County Sheriff's Office,    120 Hooper Avenue,    Toms River, NJ 08753-7606

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 06 2020 03:04:28      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 06 2020 03:04:21      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518660254      +EDI: CAPITALONE.COM Jun 06 2020 06:08:00      Capital One,   P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
518660256      +E-mail/PDF: creditonebknotifications@resurgent.com Jun 06 2020 03:11:52      Credit One Bank,
                 P.O. Box 98873,   Las Vegas, NV 89193-8873
518660258      +EDI: JEFFERSONCAP.COM Jun 06 2020 06:03:00      Jefferson Capital Systems LLC,   P.O. Box 772813,
                 Chicago, IL 60677-0113
518660260      +E-mail/Text: bncnotices@becket-lee.com Jun 06 2020 03:03:26      Kohls/Capital One,
                 P.O. Box 3115,   Milwaukee, WI 53201-3115
518660261      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 06 2020 03:11:49     Merrick Bank,
                 P.O. Box 30537,   Tampa, FL 33630-3537
518660262      +EDI: MID8.COM Jun 06 2020 06:03:00      Midland Credit Management,   P.O. Box  939050,
                 San Diego, CA 92193-9050
518660264       E-mail/Text: info@phoenixfinancialsvcs.com Jun 06 2020 03:02:38      Phoenix Financial Services,
                 8902 Otis Avenue,   Suite 103A,    Indianapolis, IN 46216
518660265      +EDI: DRIV.COM Jun 06 2020 06:03:00      Santander Consumer USA Inc.,   P.O. Box 961245,
                 Fort Worth, TX 76161-0244
518660266      +E-mail/Text: jennifer.chacon@spservicing.com Jun 06 2020 03:06:20
                 Select Portfolio Servicing,    P.O. Box 65250,   Salt Lake City, UT 84165-0250
518660267      +E-mail/Text: SOMCbankruptcy@hackensackmeridian.org Jun 06 2020 03:05:21
                 Southern Ocean Medical Center,    1140 Route 72 West,    Manahawkin, NJ 08050-2412
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2020 at the address(es) listed below:
              Daniel E. Straffi    bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association, as trustee, in trust
               for registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed
               Certificates, Series 2006-FF18 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              George E Veitengruber, III    on behalf of Debtor Angelica M. Velez bankruptcy@veitengruberlaw.com,
               knapolitano15@gmail.com
```

```
District/off: 0312-3          User: admin                 Page 2 of 2              Date Rcvd: Jun 05, 2020
                              Form ID: 318                Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                                               TOTAL: 5